IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ST. PAUL REINSURANCE COMPANY | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-04-075 |
| | § | |
| BASILIO C. GOMEZ | § | |
| D/B/A "77" FLEA MARKET | § | |

### ORDER

Plaintiff filed this case on April 21, 2004. It was set for a scheduling conference on July 14, 2004 at 1:30 p.m. No one appeared at the scheduling conference.

A review of the court's file shows that Defendant was never served.

IT IS THEREFORE **ORDERED** that Plaintiff show cause on or before July 30, 2004 at 2:00 p.m. why this case should not be dismissed for want of prosecution.

SIGNED at Brownsville, Texas, this 14th day of July, 2004.

John Wm. Black
United States Magistrate Judge