IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 0 5 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ST. PAUL REINSURANCE COMPANY<br>    Plaintiff | § § § | |
| vs. | § § | Civil Action No. B-04-075 |
| BASILIO C. GOMEZ<br>D/B/A "77" FLEA MARKET<br>    Defendant | § § § | |

### ORDER

St. Paul Reinsurance Company, Ltd, filed a complaint pursuant to 28 U.S.C § 2201 for a Declaratory Judgment on April 21, 2004 (Docket No. 1). A scheduling conference was set on July 14, 2004 at 1:30pm. No one appeared. A review of the file shows that Defendant was never served.

On July 14, 2004, Magistrate Judge John Wm. Black ordered the Plaintiff to show cause on or before July 30, 2004 why the above-referenced cause should not be dismissed for want of prosecution (Docket No. 3). Plaintiff has not responded.

Pursuant to Fed.R.Civ.P. 41(b) Plaintiff's complaint will be DISMISSED without prejudice.

IT IS SO ORDERED.

SIGNED at Brownsville, Texas, this 5 day of August, 2004.

Andrew S. Hanen
United States District Judge